# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ANTONIO MOUNTIS AND MARIANTHY MOUNTIS,

              Petitioners

      v.

ARMSTRONG WORLD INDUSTRIES, INC., BRENNTAG NORTHEAST, INC., BARLEY SNYDER, AND ALAN J. HAY, M.D.,

              Respondents

: No. 674 MAL 2019
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.